JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY KANDEL,<br><br>  Plaintiff,<br><br>vs.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a corporation; DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. EDCV 14-01011 JFW (JCx)<br><br>**ORDER UPON STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed:  May 20, 2014 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. EDCV 14-01011 JFW (JCx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: December 16, 2014

_____
Hon. John F. Walter
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

139793.1

1

Case No.  EDCV 14-01011 JFW (JCx)
ORDER UPON STIPULATION TO DISMISS
ENTIRE CASE WITH PREJUDICE